**2014–1236.  Midland Funding, L.L.C. v. Hottenroth.**

Cuyahoga App. No. 100146, 2014-Ohio-2390. Discretionary appeal accepted. Cause held for decision in No. 2013–0118, *Taylor Jarvis v. First Resolution Invest. Corp.*, and briefing schedule stayed.

PFEIFER, J., dissents.

**2014–1295.  State v. Baker.**

Ashtabula App. No. 2013–A–0020, 2014-Ohio-2873.

O'CONNOR, C.J., and PFEIFER and O'DONNELL, JJ., dissent.